1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11    JACOBY T. JACKSON,                    Case No. 1:25-cv-0348 JLT SAB (HC)

12                    Petitioner,            ORDER ADOPTING FINDINGS AND
                                            RECOMMENDATIONS, DISMISSING THE
13          v.                              PETITION FOR WRIT OF HABEAS
                                            CORPUS AS DUPLICATIVE, AND
14    CALIFORNIA,                           DIRECTING THE CLERK OF COURT TO
                                            CLOSE THE CASE
15                    Respondent.
                                            (Doc. 7)
16

17          Jacoby T. Jackson is a state prisoner proceeding with a petition for writ of habeas corpus

18    pursuant to 28 U.S.C. § 2254, seeking to challenge his 2023 convictions for murder, arson, and

19    vehicle theft.  The magistrate judge performed a preliminary review pursuant to Rule 4 of the

20    Rules Governing Section 2254 Cases and found the petition is duplicative of a petition currently

21    pending in *Jackson v. Tulare County*, Case No. 1:25-cv-00257-SAB.  (Doc. 7 at 2-3.)  The

22    magistrate judge declined to construe the current petition as an amendment to the petition in Case.

23    No. 1:25-cv-00257 because Petitioner did "not attempt to raise new claims" and made "fewer

24    factual allegations than the petition currently pending in the previously filed case."  (*Id.* at 2-3.)

25    Thus, the magistrate judge recommended this petition be dismissed as duplicative.  (*Id.* at 3.)

26          The Court served the Findings and Recommendations on Petitioner and notified him that

27    any objections were due within 30 days.  (Doc. 7 at 3.)  The Court advised him that the "failure to

28    file any objections within the specified time may waive the right to appeal the District Court's

1

order." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Petitioner did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1.    The Findings and Recommendations issued on April 25, 2025 (Doc. 7) are **ADOPTED** in full.

2.    The petition for writ of habeas corpus is **DISMISSED** as duplicative.

3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 12, 2025**

UNITED STATES DISTRICT JUDGE

2